USDC SCAN INDEX SHEET










RFM     12/3/99    11:43
3:99-M -02903   USA V. CASPER
*2*
*CRO.*

ORIGINAL

FILED
99 DEC -3 AM 11:09
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

FILED
DEC -3 1999
CLERK, U.S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate No. 99mg2903 |
| Plaintiff, ) | |
| ) | MOTION AND ORDER TO |
| ) | DISMISS COMPLAINT |
| v. ) | |
| DAVID J. CASPER, ) | |
| Defendant. ) | |

### MOTION TO DISMISS CRIMINAL COMPLAINT

Comes now the Plaintiff, United States of America, by and through its counsel, Gregory A. Vega, United States Attorney, and Shane P. Harrigan, Assistant U.S. Attorney, and hereby moves this Court to dismiss the complaint and withdraw the arrest warrant filed in the above-captioned case for the following reason:

On November 11, 1999, Las Vegas Metropolitan Police Department officers arrested defendant David J. Casper, in Las Vegas, Nevada, on a federal arrest warrant issued in the above-referenced case for unlawful flight to avoid prosecution for the felony crime of burglary in the first degree (California Penal Code § 449(a)), in violation of

//
//
//

SPH:cm
1/9/98

2

1 | 18 U.S.C. § 1073. Federal authorities placed defendant in state
2 | custody at the Clark County Detention Center in Las Vegas, Nevada,
3 | where he is now awaiting extradition to California to face charges.
4 | DATED: November 19, 1999.
5 | Respectfully submitted,
6 | GREGORY A. VEGA
    | United States Attorney
7 |
8 | [signature]
9 | SHANE P. HARRIGAN
    | Assistant U.S. Attorney
10 |
11 | O R D E R
12 | Upon application of the United States Attorney, and good cause
13 | appearing therefor,
14 | IT IS HEREBY ORDERED that the complaint in the above-captioned
15 | case is dismissed without prejudice.
16 | IT IS FURTHER ORDERED that the arrest warrant issued in this case
17 | be recalled.
18 | DATED: ~~November~~ DEC. 1, 1999.
19 |
20 | [signature]
21 | HON. JOSEPH SCHMITT
    | United States Magistrate Judge
22 |
23 |
24 |
25 |
26 |
27 |
28 |

2

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER _____ |
| --- | --- | --- |
| vs | ) | ABSTRACT OF ORDER |
| DAVI_ T_   P_ K_ | ) | Booking No. _____ |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _____

the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ _____ dismissing appeal filed.

___✓___ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

___✓___ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

**JOSEPH SCHMITT**
UNITED STATES MAGISTRATE JUDGE
OR
ROBERTA WESTDAL   Clerk
by
_____ Deputy Clerk

Received _____
DUSM

Crim-9   (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY